UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHANIEL PETER KENNISON,

             Petitioner,

v.

STATE OF MICHIGAN,

             Respondent.

_____/

Case No. 1:26-cv-1274

Honorable Phillip J. Green

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 7, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge